UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DELPHINE ALLEN,<br><br>Plaintiff. | Case No. 22-cv-04481 BLF<br><br>**ORDER OF DISMISSAL** |

On August 3, 2022, Plaintiff, proceeding *pro se*, filed a letter which the Clerk's office construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 2. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 3. Lastly, Plaintiff was also notified that this matter was assigned to a magistrate judge, and that he must complete and file a form indicating either his consent or declination to proceed before a magistrate judge. Dkt. No.

4. This matter was reassigned to this Court on September 7, 2022. Dkt. Nos. 6, 7.

On August 22, 2022, Plaintiff filed the consent/declination form to proceed before a U.S. Magistrate Judge, which indicates that he received the Clerk's notices. Dkt. No. 5. Nevertheless, Plaintiff failed to file a proper complaint and pay the filing fee or file an IFP application in the time provided.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __September 13, 2022__

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\04481Allen_dis-ifp-compl.